AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

DENISE ABBEY, individually, and as special administrator of the ESTATE OF MICAH ABBEY,

      Plaintiff,

V.

CITY OF RENO; et al.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:13-cv-00347-LRH-VPC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that defendants' motion for summary judgment based on qualified immunity (#71) is **GRANTED**. Judgment is hereby entered in favor of defendants the City of Reno, Reno Police Department, Officer Keith Pleich, Officer Daniel Bond, and Officer Scott Rasmussen, and against plaintiff Denise Abbey.

  MARCH 31, 2015                          **LANCE S. WILSON**
                                                   Clerk

                                                 /s/ D. R. Morgan
                                                   Deputy Clerk