UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

## DESIGNATION OF TRANSCRIPTS
## TO BE USED IN RECORD ON APPEAL

District Court Case Number: 3:13-cv-00347-LRH-VPC

Court of Appeals Case Number: _____

Case Caption: Abbey v. City of Reno, et al.

 XXXXXX   Transcripts are **NOT** required for this appeal.

The undersigned hereby designates the following transcripts to be used in the record on appeal for the above listed case and appeal:

| Date of Hearing | Docket Number | Proceeding | Recorder/ Reporter | Transcript Filed Yes/No |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Date:  04/28/2015

/s/ Cal J. Potter, III, Esq.
Signature

Cal J. Potter, III, Esq.
Print Name

Appellant
Appellant/Appellee