10/28/2015  12:49   7756802124        NNAMHS BLDG 25                      PAGE 01/06

FILED ✓    RECEIVED
ENTERED    SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 19 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

1. CAL J. POTTER, III, ESQ.
   Nevada Bar No. 1988
2. C. J. POTTER, IV, ESQ.
   Nevada Bar No. 13225
3. POTTER LAW OFFICES
   1125 Shadow Lane
4. Las Vegas, Nevada 89102
   Ph: (702) 385-1954
5. cpotter@potterlawoffices.com
   cj@potterlawoffices.com
6. *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

DENISE ABBEY, individually, and
as special administrator of the ESTATE
OF MICAH ABBEY,

    Plaintiffs,

vs.

CITY OF RENO; RENO POLICE
DEPARTMENT; KEITH PLEICH individually
and in his official capacity as a Police Officer for
CITY OF RENO AND RENO POLICE
DEPARTMENT; DANIEL BOND individually
and in his official Capacity as a Police Officer
for CITY OF RENO and RENO POLICE
DEPARTMENT; SCOTT RASMUSSEN
Individually and in his official Capacity as a
Police Officer for CITY OF RENO and RENO
POLICE DEPARTMENT; and DOES I through
X, inclusive,

    Defendants.
_____/

Case No. 3:13-cv-00347-LRH-VPC

### SUBSTITUTION OF ATTORNEY

Plaintiff, DENISE ABBEY, individually, and as special administrator of the ESTATE OF MICAH ABBEY, hereby substitutes CAL J. POTTER, III, ESQ. and C. J. POTTER, IV, ESQ. of the law firm POTTER LAW OFFICES, as their attorneys of record in the above-

...

...

...

Case 3:13-cv-00347-LRH-VPC   Document 91   Filed 02/19/16   Page 2 of 3
Case 3:13-cv-00347-LRH-VPC   Document 90   Filed 02/18/16   Page 2 of 3
10/28/2015  12:49   7756882124         NNAMHS BLDG 25                    PAGE  02/06

1  entitled matter in the place and stead of previously listed co-counsel of record, DEL L.
2  HARDY, ESQ. and RICHARD A. SALVATORE, ESQ. of HARDY LAW GROUP.

DATED this __28__ day of October, 2015.

By: _Denise Abbey_
DENISE ABBEY

I hereby accept the above substitution.
DATED this __16__ day of ~~October, 2015~~ Feb 2016

HARDY LAW GROUP

By: _____
DEL L. HARDY, ESQ.
Nevada Bar No. 1172
RICHARD A. SALVATORE, ESQ.
Nevada Bar No. 6809
96 & 98 Winter Street
Reno, Nevada 89503

I hereby accept the above substitution.
DATED this __28__ day of October, 2015.

POTTER LAW OFFICES

By: _____
CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
*Attorneys for Plaintiff*

IT IS SO ORDERED

_Valerie P. Cooke_
U.S. MAGISTRATE JUDGE

DATED: February 19, 2016

2

Case 3:13-cv-00347-LRH-VPC   Document 91   Filed 02/19/16   Page 3 of 3
Case 3:13-cv-00347-LRH-VPC   Document 90   Filed 02/18/16   Page 3 of 3
10/28/2015  12:49    7756882124         NNAMHS BLDG 25                    PAGE  03/06

## CERTIFICATE MAILING

I hereby certify that on the __18th__ day of ~~October, 2015~~ February, 2016, I served a copy of the foregoing SUBSTITUTION OF ATTORNEY pursuant to FRCP 5(b), and that, on this date, by filing through the CM/ECF by electronic means a true copy of the foregoing document with electronic notice to:

Karl S. Hall, Esq.
RENO CITY ATTORNEY
Mark W. Dunagan, Esq.
RENO DEPUTY CITY ATTORNEY
1 East First Street, 3rd Floor
Reno, Nevada 89505-1900
Ph: (775) 334-2050
*Attorneys for Defendants*

/s/ Jenna Enrico
An Employee of Potter Law Offices

3