**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 26 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DENISE ABBEY, individually and as special administrator of the Estate of Micah Abbey,<br><br>             Plaintiff-Appellant,<br><br>  v.<br><br>CITY OF RENO; RENO POLICE DEPARTMENT; KEITH PLEICH, Individually and in his Official Capacity as a Police Officer; DANIEL BOND, Individually and in his Official Capacity as a Police Officer; SCOTT RASMUSSEN, Individually and in his Official Capacity as a Police Officer,<br><br>             Defendants-Appellees,<br><br> and<br><br>BRAD DEMITROPOULIS; BOARD OF REGENTS FOR THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF THE UNIVERSITY OF NEVADA, RENO,<br><br>             Defendants. | No.   15-15863<br><br>D.C. No. 3:13-cv-00347-LRH-VPC<br>District of Nevada, Reno<br><br><br>ORDER |

Before:  SCHROEDER and RAWLINSON, Circuit Judges, and DRAIN,[*] District Judge.

Judge Rawlinson has voted to deny Plaintiff-Appellant's petition for rehearing en banc, and Judges Schroeder and Drain have so recommended.

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc.  Fed. R. App. P. 35.

Plaintiff-Appellant's petition for rehearing en banc is denied.  Further petitions for rehearing and rehearing en banc shall not be entertained.

---

[*] The Honorable Gershwin A. Drain, United States District Judge for the Eastern District of Michigan, sitting by designation.