UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 05 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DENISE ABBEY, individually and as special administrator of the Estate of Micah Abbey,

        Plaintiff - Appellant,

  v.

CITY OF RENO; et al.,

        Defendants - Appellees,

 and

BRAD DEMITROPOULIS and BOARD OF REGENTS FOR THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF THE UNIVERSITY OF NEVADA, RENO,

        Defendants.

No. 15-15863

D.C. No. 3:13-cv-00347-LRH-VPC
U.S. District Court for Nevada, Reno

**MANDATE**

The judgment of this Court, entered May 04, 2017, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica F. Flores Poblano
Deputy Clerk
Ninth Circuit Rule 27-7