# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DENISE ABBEY, individually and as special administrator of the Estate of Micah Abbey,<br><br>Plaintiff/Appellant,<br><br>v.<br><br>CITY OF RENO; *et al.*,<br><br>Defendants/Appellees<br><br>and<br><br>BRAD DEMITROPOULIS and BOARD OF REGENTS FOR THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF THE UNIVERSITY OF NEVADA, RENO,<br><br>Defendants. | Case No. 3:13-CV-00347-LRH-VPC<br>C/A No. 15-15863<br><br><br>ORDER ON MANDATE |

The above-entitled cause, having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on July 5, 2017, issued its mandate affirming the judgment, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

DATED this 14th day of July, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE